AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JOHN MANCONE

V.

STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence; CITY OF PROVIDENCE; and FRATERNAL ORDER OF POLICE PROVIDENCE LODGE No. 3

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-171T

TO: (Name and address of Defendant)

Stephen Napolitano
Treasurer of the City of Providence
82 Smith Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/15/04

(By) DEPUTY CLERK

2

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/18/04 |
| NAME OF SERVER *(PRINT)* Charles A Silvestro | TITLE disinterested party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☑ Other (specify): Stephen Napolitano in his capacity as Treasurer of City of Prov. accepted by acting agent Delores Barry City Clerk

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/18/04
Date

Charles A Silvestro
*Signature of Server*

91 Basswood Ave. Prov. RI
*Address of Server*

Dolores Barry, Clerk Treasury

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

2004 JUN 29 A 10: 23

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.