**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN MANCONE** | : | |
| | : | |
| **V.** | : | **C.A. #04-171T** |
| | : | |
| **STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence, CITY OF PROVIDENCE; and FRATERNAL ORDER OF POLICE PROVIDENCE LODGE No. 3** | : | |

## ANSWER

Now comes the Defendant, Fraternal Order of Police Providence Lodge No. 3, and through counsel, makes its answer to Plaintiff's Complaint as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

5. Denied.

6. Denied

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

8. Admitted.

5

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within was mailed, postage prepaid, to Jeffrey B. Pine, Esquire, 321 South Main Street, Providence RI 02903 and Peter P.D. Leach, Esquire, One Charles Street, Providence, RI 02904, on this 11th day of August, 2004.

Kathy Tappano
___________________________

9. Admitted.

10. The terms of the Collective Bargaining Agreement speak for themselves. Otherwise, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

11. As it appears from the Agreement, Section 3 speaks for itself. Otherwise, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

**FIRST AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint, Defendant alleges that Plaintiff has failed to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint, Defendant alleges defense of estoppel.

**THIRD AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint Defendant asserts the defense of lack of subject matter jurisdiction.

**FOURTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint Defendant asserts the defense of laches.

**FIFTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint Defendant asserts the defense of waiver.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN MANCONE** | : | |
| **V.** | : | **C.A. #04-171T** |
| **STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence, CITY OF PROVIDENCE; and FRATERNAL ORDER OF POLICE PROVIDENCE LODGE NO. 3** | : | |

**WITHDRAWAL OF APPEARANCE**

We, Joseph J. Rodio and Michael W. Murphy, hereby withdraw our appearance for the Defendant, Fraternal Order of Police Providence Lodge No. 3.

Joseph J. Rodio, (#1693)

Michael W. Murphy (#5402)
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence RI 02903
(401) 331-6400
FAX (401) 331-0436

**ENTRY OF APPEARANCE**

I, Christopher Lambert, hereby enter my appearance for the Defendant, Fraternal Order of Police Providence Lodge No. 3.

Christopher Lambert, Esq. (#4396)
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence RI 02903
(401) 331-6400
FAX (401) 331-0436

6

**SIXTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint Defendant asserts the defense of failure to comply with the statute of limitations.

Defendant
Fraternal Order of Police Providence Lodge
No. 3
By its attorneys

JOSEPH J. RODIO (#1693)
MICHAEL W. MURPHY (#5402)
RODIO & URSILLO, LTD.
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 331-6400
Fax: (401) 331-0436

Dated: July 9, 2003

**CERTIFICATION**

I hereby certify that a copy of the within Answer was mailed to Jeffrey B. Pine, Esq., 321 South Main Street, Suite 302, Providence, RI 02903 and Peter P.D. Leach, Esq., One Charles Street, Providence, RI 02904, postage prepaid, this 9th day of July, 2004.