**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN MANCONE** | : | |
| **V.** | : | **C.A. #04-171T** |
| **STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence, CITY OF PROVIDENCE; and FRATERNAL ORDER OF POLICE PROVIDENCE LODGE NO. 3** | : | |

**WITHDRAWAL OF APPEARANCE**

We, Joseph J. Rodio and Michael W. Murphy, hereby withdraw our appearance for the Defendant, Fraternal Order of Police Providence Lodge No. 3.

Joseph J. Rodio, (#1693)

Michael W. Murphy (#5402)
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence RI 02903
(401) 331-6400
FAX (401) 331-0436

**ENTRY OF APPEARANCE**

I, Christopher Lambert, hereby enter my appearance for the Defendant, Fraternal Order of Police Providence Lodge No. 3.

Christopher Lambert, Esq. (#4396)
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence RI 02903
(401) 331-6400
FAX (401) 331-0436

6

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within was mailed, postage prepaid, to Jeffrey B. Pine, Esquire, 321 South Main Street, Providence RI 02903 and Peter P.D. Leach, Esquire, One Charles Street, Providence, RI 02904, on this 11th day of August, 2004.

Kathy Tapparo