UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MANCONE | : | |
| | : | |
| VS. | : | |
| | : | C.A. No. 04-171T |
| STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence; CITY OF PROVIDENCE; and FRATERNAL ORDER OF POLICE PROVIDENCE LODGE No. 3 | : | |

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

Now come Defendants, Stephen T. Napolitano, in his capacity as Treasurer of the City of Providence and the City of Providence and answer Plaintiff's Complaint as follows:

1. Paragraph 1 of Plaintiff's Complaint requires no response.

2. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegation contained in Paragraph 2 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

3. Defendants admit that the City of Providence is a municipal corporation and is sued by and through its treasurer, Stephen Napolitano, the official designated by law to be named in suit for damages against the City. Defendants neither admit nor deny the remaining allegations of Paragraph 3 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

4. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

SCANNED

7

5. Defendants deny generally and specifically the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendants deny generally and specifically the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

8. Defendants admit the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Defendants admit the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. Defendants admit the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11. Paragraph 11 of Plaintiff's Complaint describes the contents of certain provisions in the applicable collective bargaining agreement, and therefore requires no response.

12. Defendants deny generally and specifically the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Defendants deny generally and specifically any allegations of illegality set forth in the first sentence of paragraph 13. Defendants neither admit nor deny the remaining allegations contained in Paragraph 13 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

14. Defendants deny generally and specifically the allegations contained in Paragraph 14 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

15. Defendants deny generally and specifically the allegations contained in Paragraph 15 of Plaintiff's Complaint.

Affirmative Defenses

1. Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

2. Any alleged wrongful actions taken by officials employed by Defendant City were intentional torts for which the City is not liable.

3. The Plaintiff has failed to exhaust his administrative remedies.

WHEREFORE, Defendants demand that Plaintiffs' Complaint be denied and dismissed; that judgment enter for the Defendants and that Defendants be awarded costs and attorneys' fees.

DEFENDANTS,
STEPHEN T. NAPOLITANO, in his capacity as Treasurer of the City of Providence, and the City of Providence

By their Attorneys,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara R. Rapport (KBC)

Sara A. Rapport (#6184)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 16th day of August, 2004, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Jeffrey B. Pine, Esq.
321 South Main Street
Providence, RI 02903

Carolyn M. Ranucci