UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MANCONE | : | |
| | : | |
| Vs. | : | C.A. #: 04-171T |
| | : | |
| STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence; CITY OF PROVIDENCE; and FRATERNAL ORDER OF POLICE PROVIDENCE LODGE No. 3 | : | |

**AMENDED NOTICE OF DEPOSITION**

Please be advised that the Plaintiff will take the Deposition of **Urbano Prignano, Jr.** on **April 28, 2005** at 10:00 a.m. at the law offices of Peter P.D. Leach, One Charles Street, Providence, RI 02904. Said deposition will be taken before a qualified court stenographer of the State of Rhode Island.

Plaintiff,
By his Attorney,

Peter P.D. Leach (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100

CERTIFICATION

I hereby certify that on March 24, 2005, I mailed a true copy of the above document to Sara A. Rapport, Esq., Senior Assistant City Solicitor, Department of Law, 275 Westminster Street, Suite 200, Providence, RI 029031; to Christopher Lambert, Esq., Rodio & Ursillo, Ltd., 86 Weybosset Street, Providence, RI 02903; to Jeffrey B. Pine, Esq., 321 South Main Street, Providence, RI 02903; and was hand-delivered to the United States District Court, Clerk's Office, 2 Exchange Ter., Providence, RI 02903.