IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MANCONE | : | |
| | : | |
| Vs. | : | C.A. #: 04-171T |
| | : | |
| STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence; CITY OF PROVIDENCE; and FRATERNAL ORDER OF POLICE PROVIDENCE LODGE No. 3 | : | |

**JOINT MOTION TO EXTEND THE DISCOVERY CLOSURE DATE**

Now comes the Plaintiff and Defendants and jointly move to extend the discovery closure date from May 31, 2005 to June 30, 2005. The parties state that they are actively pursuing discovery and need the additional time to complete said discovery.

WHEREFORE, the parties respectfully request that the discovery closure date be extended from May 31, 2005 to June 30, 2005; and that the due date for the pre-trial memorandam be extended accordingly, to August 1, 2005.

Plaintiff
By its attorney,

Peter P.D. Leach (RI Bar # 3955)
One Charles Street
Providence, RI 02904
(401) 521-9100 Tel
(401) 521-9120 Fax

Jeffrey B. Pine, Esq.
321 South Main Street
Providence, RI 02903

Defendants
By their attorneys,

Christopher Lambert, Esq.
Rodio & Ursillo
86 Weybosset Street
Providence, RI 02903

Sara A. Rapport, Esq.
Senior Assistant City Solicitor
Department of Law
275 Westminster Street
Suite 200
Providence, RI 02903

12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN MANCONE :
:
Vs. : C.A. #: 04-171T
:
STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence; CITY OF PROVIDENCE; and FRATERNAL ORDER OF POLICE PROVIDENCE LODGE No. 3 :

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY CLOSURE DATE**

On March 16, 2005, the Plaintiff, John Mancone, served Urbano Prignano and Tonya King with a subpoena compelling their attendance at a deposition scheduled for April 28, 2005. On April 15, 2005, the Plaintiff was advised through counsel for Tonya King, that she would be unable to attend said deposition as a result of an illness, and that counsel for Ms. King would advise Plaintiff's counsel as to the course of Ms. King's illness.

On April 28 2005, both Plaintiff's and Defendants' counsel were advised that Urbano Prignano was unable to attend his deposition as a result of an illness.

As such, the Plaintiff and Defendants jointly request that this Honorable Court extend the discovery closure date from May 31, 2005 to June 30, 2005, in order to permit both Plaintiff and Defendant to conduct the necessary discovery.

Plaintiff
By its attorney,

Peter F.D. Leach (RI Bar # 3955)
One Charles Street
Providence, RI 02904
(401) 521-9100 Tel
(401) 521-9120 Fax

Defendants
By their attorneys,

Christopher Lambert, Esq.
Rodio & Ursillo
86 Weybosset Street
Providence, RI 02903

Jeffrey B. Pine, Esq.
321 South Main Street
Providence, RI 02903

Sara A. Rapport, Esq.
Senior Assistant City Solicitor
Department of Law
275 Westminster Street
Suite 200
Providence, RI 02903