UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN MANCONE :
:
Vs. : C.A. #: 04-171T
:
STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence; CITY OF PROVIDENCE; and FRATERNAL ORDER OF POLICE PROVIDENCE LODGE No. 3 :

RECEIVED
AUG 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

It is hereby agreed by and between the Parties that the above-captioned matter, be dismissed with prejudice, no interest, no costs; however, the Parties hereby Stipulate and agree that the Plaintiff may pursue his claims in the above matter by filing a Grievance pursuant to the Collective Bargaining Agreement by and between the Providence Fraternal Order of Police, Lodge #3, and the City of Providence.

Plaintiff,
By his Attorneys,

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904
(401) 521-9100

Jeffrey B. Pine, Esq.
321 South Main Street
Providence, RI 02903
(401) 351-8200

Defendants,
By their Attorneys,

Christopher Lambert, Esq.
Rodio & Ursillo, Ltd.
46 Weybosset Street
Providence, RI 02903
(401) 331-6400

Sara A. Rappoport, Esq.
Senior Assistant City Solicitor
Department of Law
275 Westminster Street
Providence, RI 02903
(401) 421-7740

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 8/23/05